Rebecca Viera <rebeccavieralaw@gmail.com>

## U.S. Bankruptcy Court, District of Puerto Rico - Undeliverable Notice, In re: JOSE MIGUEL MARRERO OLMEDA, Case Number: 10-11769, BKT, Ref: [p-118050304]
1 message

USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>  Tue, Feb 27, 2018 at 2:52 PM
To: rebeccavieralaw@gmail.com

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

February 28, 2018

From: United States Bankruptcy Court, District of Puerto Rico

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: JOSE MIGUEL MARRERO OLMEDA, Case Number 10-11769, BKT

RECEIVED AND FILED - MAIL

USBC '18 MAR 28 AM 11:11

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901**

Undeliverable Address:
CITI FINANCIAL
PO BOX 499
HANOVER, MD 21076

Reason Undeliverable: P.O. BOX HAS CLOSED

THE UPDATED ADDRESS IS:

*Citi Financial*
*6400 Las Colinas Blvd. Mail Stop CC2-109 Irving, TX 75039*

_Rebecca Viera Trujillo_ _____ 26 Mar 2018
Signature of Debtor or Debtor's Attorney                    Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

B_P31011769reop0059.PDF
10K

THE UPDATED ADDRESS IS:
Citi Financial - Bankruptcy Department
PO Box 1472 Minneapolis, MN 55440-1472

THE UPDATED ADDRESS IS:
Citibank - Banking and Personal Loans
PO Box 6500, Sioux Falls, SD 57117

THE UPDATED ADDRESS IS:
Citi Financial - Customer Service
PO Box 9575, Copell, TX 75019-9575

THE UPDATED ADDRESS IS:
Citi Financial Auto
Kansas City, MO 64195

THE UPDATED ADDRESS IS:
Citi Financial - Cleveland County EMS, EMS Management & Consultants
PO Box 863

THE UPDATED ADDRESS IS:
Citi-Financial - Citizens South Bank
PO Box 2249 Gastonia NC 28053-2249